IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN, JR.,

    Plaintiff,

    v

RANDOLPH GIBBS et al.,

    Defendants.

Case No C 06-375 PJH

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on December 10, 2008. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, James M. Schiavanza

☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the parties agreed to a further settlement conference after the close of discovery and after the ruling on the summary judgment motion.

Date:  12/31/08

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOSSELMAN                                     No. C 06-375

v.                                            CERTIFICATE OF SERVICE

GIBBS
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Lorenzo Fosselman, Jr.**
P-13462
Kern Valley State Prison
A-1-204
P.O. Box 5101
Delano, CA 93216

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3