UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN JR.,

    Plaintiff,

    v.

RANDOLPH GIBBS, M.D.; ALLISON BRAGER; C. KATES, LVN; CHARLES DUDLEY LEE, M.D., Health Care Manager; and C. MATHEWS, MTA,

    Defendants.

        /

No. C 06-0375 PJH (PR)

**ORDER TO RESPOND**

This is a civil rights case filed pro se by a state prisoner. A motion for summary judgment by defendants Lee, Kates, and Brager was denied; the case was stayed and referred to Magistrate Judge Vadas for settlement. Judge Vadas reported that the case did not settle. As a result the stay was lifted and deadlines were set.

Plaintiff contends that his legal papers were taken from him at the time of the settlement conference and have not been returned five months later. He also contends that attempts to obtain them using the grievance system have been futile. He has moved for a copy of the entire court file so he can litigate the case.

It would assist the court to have a response from the Attorney General. He therefore shall file a response to plaintiff's Motion for Administrative Relief within fourteen days of the date of this order.

**IT IS SO ORDERED.**

Dated: June 19, 2009.

                        PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.06\FOSSELMAN375.ORDER RESPONSE.wpd