UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDOLPH GIBBS, M.D.; ALLISON BRAGER; C. KATES, LVN; CHARLES DUDLEY LEE, M.D., Health Care Manager; and C. MATHEWS, MTA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 06-0375 PJH (PR)<br><br>**ORDER TO RESPOND** |

This is a civil rights case filed pro se by a state prisoner. A motion for summary judgment by defendants Lee, Kates, and Brager was denied; the case was stayed and referred to Magistrate Judge Vadas for settlement. Judge Vadas reported that the case did not settle. As a result the stay was lifted and deadlines were set. The court ordered that "[a]ll discovery shall be completed by June 15, 2009. Defendants are reminded that plaintiff's motion to compel was granted in the order denying summary judgment, and of the provisions in that order regarding production of documents and service of replacement answers to interrogatories." Plaintiff contends that he has not received the ordered discovery. He has moved to deny defendants' motion for summary judgment under Rule 56(f) of the Federal Rules of Civil Procedure, and also has moved for the imposition of sanctions. It would assist the court to have responses to the motions. Defendants shall respond by August 7, 2009.

**IT IS SO ORDERED.**

Dated:  August 4, 2009.

　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.06\FOSSELMAN375.ORDER RESPONSE2.wpd