UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LORENZO FOSSELMAN JR.,

    Plaintiff,

v.

RANDOLPH GIBBS, M.D., et al.,

    Defendants.

No. C 06-0375 PJH (PR)

**ORDER OF REFERENCE**

    This is a civil rights case filed pro se by a state prisoner. The court granted defendants' summary judgment motion and referred plaintiff's motion for sanctions for discovery violations to Magistrate Judge Nandor Vadas. Judge Vadas set a briefing schedule on the motion. When defendants did not oppose the motion, Judge Vadas granted it. This court denied defendants' motion for reconsideration.

    Judge Vadas granted plaintiff's costs incurred in preparing certain motions as a sanction. In the order granting the motion he instructed plaintiff to provide details of his costs. Plaintiff complied. Plaintiff now has filed a "Motion for Administrative Relief to Enforce a Court Order for Sanctions" in which he says that the defendants have not paid the costs. The motion is referred to Magistrate Judge Vadas for ruling and for such other proceedings as he may deem appropriate in the circumstances.

**IT IS SO ORDERED.**

Dated: August 31, 2012.

                              PHYLLIS J. HAMILTON
                              United States District Judge

G:\PRO-SE\PJH\CR.06\FOSSELMAN375.refer costs.wpd