1
2
3                    UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5
6
7   LORENZO FOSSELMAN JR.,                 Case No.: 4:06-cv-00375-PJH (NJV)
8            Plaintiff,                    **ORDER REQUIRING PARTIES TO
                                           APPEAR AT HEARING ON MOTION TO
9       v.                                 ENFORCE**
10  RANDOLPH GIBBS, M.D., *et al.*,
11           Defendants.

United States District Court
Northern District of California

12
13          Plaintiff Lorenzo Fosselman filed a Motion For Administrative Relief To Enforce A Court
14  Order For Sanctions (Doc. No. 129), which the district court referred to the undersigned (Doc.
15  No. 130).  Defendants' deadline for opposing the motion was September 17, 2012.  Doc. No. 129.
16  Defendants did not oppose the motion, nor did they file a statement of non-opposition pursuant to
17  Civ. L. R. 7-3(b).  Given the nature of the potential sanctions in this matter, **THE PARTIES
18  ARE HEREBY ORDERED TO APPEAR BEFORE MAGISTRATE JUDGE VADAS ON
19  OCTOBER 2, 2012 AT 10:00 A.M. TO ADDRESS THE FOLLOWING ISSUES**:
20          1.  Did Defendants pay any part of the expenses that Plaintiff identified pursuant to this
21              court's order?  If Defendants have documentary evidence of this payment, they are
22              ordered to file it before the hearing.
23          2.  What is the amount that Plaintiff is claiming at this time?  He initially listed $432.60 in
24              expenses in April 2010, but subsequently demanded $250 from Defendants in October
25              2011, and now requests $385.60.  *See* Doc. No. 112; Doc. No. 129, Ex. 1; Doc. No.
26              129 at 2.
27          3.  If Defendants have not made the required payment, why should the court not order
28              Defendants to pay the full amount demanded by Plaintiff, with interest, as well as

impose additional sanctions – payable to the court – for Defendants' failure to obey a court order?

Because Plaintiff is housed at a CDCR facility, Defendants shall arrange for his appearance at the hearing.  The parties shall appear by phone by dialing 1-888-684-8852, entering 1868782 when prompted for the access code, and entering 7416 when prompted for the security code.

Dated:  September 19, 2012

Nandor J. Vadas
United States Magistrate Judge

United States District Court
Northern District of California

2