| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| 3 | HARRY T. GOWER, III<br>Deputy Attorney General |
| 4 | State Bar No. 170784<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5500 |
| 6 |  Fax:  (415) 703-5480<br> E-mail:  Harry.Gower@doj.ca.gov |
| 7 | *Attorneys for Defendants Brager, Lee and Kates* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO FOSSELMAN JR.**,<br><br>                           Plaintiff,<br><br>   v.<br><br>**RANDOLPH GIBBS, M.D.; ALLISON BRAGER; C. KATES, LVN; CHARLES DUDLEY LEE, M.D., HCM; C. MATHEWS, MTA,**<br><br>                           Defendants. | C-06-0375-PJH (NJV)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF: TO CONTINUE OCTOBER 2, 2012 HEARING DATE ON MOTION TO ENFORCE TO ~~OCTOBER 23, 2012~~<br>October 30, 2012 |

   IT IS ORDERED that the telephone hearing on Plaintiff's Motion for Administrative Relief To Enforce A Court Order For Sanctions (Doc. No. 129) is continued to October ~~23~~ 30, 2012, at 10:00 a.m.  All other conditions of this Court's Order Requiring Parties To Appear At Hearing On Motion To Enforce (Doc. No. 132) remain in effect.

Dated:  September 26, 2012

_____
UNITED STATES MAGISTRATE JUDGE
NANDOR J. VADAS

40594930.doc

1