United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN JR.,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH GIBBS, M.D., et al.,<br><br>Defendants. | Case No.: 4:06-cv-00375-PJH<br><br>**ORDER REQUIRING SUPPLEMENTAL DECLARATION FROM PLAINTIFF IN ADVANCE OF HEARING ON MOTION TO ENFORCE**<br>**(Doc. No. 132)** |

In its Order Requiring Parties To Appear At Hearing On Motion To Enforce (Doc. No. 132, "Order"), the Court required the parties to address certain issues. *See id.* at 1. Because Plaintiff had claimed different amounts of sanctions over time, the Court ordered Plaintiff to clarify the amount of sanctions he sought in his motion. *Id.* Defendants responded to the Order, arguing that many if not most of the charges Plaintiff sought in his motion were not actually incurred by Plaintiff, or were not legal charges. *See* Doc. Nos. 138 & 139.

In advance of the November 13, 2012 hearing, the Court orders Plaintiff to submit a written statement of the actual and reasonable **out-of-pocket** costs he incurred in connection with the documents the Court previously identified (*see* Doc. No. 108 at 4): the Second Motion to Compel (Doc. No. 60), the Reply to the Second Motion to Compel (Doc. No. 67), the Motion for Reconsideration (Doc. No. 86), and the Motion for Sanctions (Doc. No. 96). Only reasonable **out-of-pocket** costs are recoverable. Photocopying and postage expenses that were paid by

//

//

//

//

CDCR are not recoverable by Plaintiff.  Plaintiff shall file his supplemental declaration no later than October 31, 2012.

Dated:  October 5, 2012

_____
Nandor J. Vadas
United States Magistrate Judge