1

2

3                              UNITED STATES DISTRICT COURT

4                             NORTHERN DISTRICT OF CALIFORNIA

5

6

7    LORENZO FOSSELMAN JR.,                    Case No.: 4:06-cv-00375-PJH

8              Plaintiff,                      **ORDER REQUIRING SUPPLEMENTAL
                                               DECLARATION FROM PLAINTIFF IN
9         v.                                   ADVANCE OF HEARING ON MOTION
                                               TO ENFORCE**
10   RANDOLPH GIBBS, M.D., et al.,             **(Doc. No. 132)**

11             Defendants.

12

13        In its Order Requiring Parties To Appear At Hearing On Motion To Enforce (Doc. No.

14   132, "Order"), the Court required the parties to address certain issues. *See id*. at 1.  Because

15   Plaintiff had claimed different amounts of sanctions over time, the Court ordered Plaintiff to

16   clarify the amount of sanctions he sought in his motion. *Id*.  Defendants responded to the Order,

17   arguing that many if not most of the charges Plaintiff sought in his motion were not actually

18   incurred by Plaintiff, or were not legal charges. *See* Doc. Nos. 138 & 139.

19        In advance of the November 13, 2012 hearing, the Court orders Plaintiff to submit a

20   written statement of the actual and reasonable **out-of-pocket** costs he incurred in connection with

21   the documents the Court previously identified (*see* Doc. No. 108 at 4):  the Second Motion to

22   Compel (Doc. No. 60), the Reply to the Second Motion to Compel (Doc. No. 67), the Motion for

23   Reconsideration (Doc. No. 86), and the Motion for Sanctions (Doc. No. 96).  Only reasonable

24   **out-of-pocket** costs are recoverable.  Photocopying and postage expenses that were paid by

25   //

26   //

27   //

28   //

*United States District Court*
*Northern District of California*

1   CDCR are not recoverable by Plaintiff.  Plaintiff shall file his supplemental declaration no later

2   than October 31, 2012.

3

4   Dated:  October 5, 2012

5   _____
    Nandor J. Vadas

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2